UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| STEVEN & JACQUELINE DEBOLD | ) CHAPTER 13 CASE NO:   07-21757 |
| | ) |
| DEBTORS | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $2.00 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was dismissed and the Trustee attempted to send a refund in the amount of $2.00 to the debtors which was received after the case was closed.
3. The check is now stale dated and the Trustee cannot locate the debtors.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $2.00 into U.S. Treasury Fund 106000 on behalf of Debtors, Steven and Jacqueline DeBold, whose last know address was 117 Pembroke Drive West, Hobart, IN 46342.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45